**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| BARBARA MARSHALL, et al., | § | |
| | § | |
| *Plaintiffs*, | § | CIVIL ACTION NO.  4:17-CV-00405 |
| | § | |
| v. | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| BILL GURLEY, et al., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER REMANDING CASE TO BANKRUPTCY COURT

Pursuant to the *Barbara Marshall, L.P., et al. v. Bill Gurley*, No. 18-41024, judgment and opinion entered by the United States Court of Appeals for the Fifth Circuit on November 25, 2019, the Court hereby remands this action to the United States Bankruptcy Court in the Eastern District of Texas, Sherman Division, for reconsideration of the alleged fraud committed by the McKinnon Parties, and as otherwise directed by the opinion of said court.

**SIGNED this 9th day of January, 2020.**

_____

Michael J. Truncale
United States District Judge

1